## THIRD DEPARTMENT, NOVEMBER TERM, 1892.

W. Myers, as Comptroller, etc., Respondent. — Order affirmed, with ten dollars costs and the disbursements of the appeal. Opinion by Barrett, J.

Charles Smith and others, Respondents, v. Seattle, Lake Shore and Eastern Railway Company, Appellant. — Order reversed, with costs and disbursements and granting the motion, with ten dollars costs, with leave to renew upon payment of the costs of appeal and costs of motion below. Opinion *Per Curiam.*

In the Matter of Calvin C. Bowen. Respondent, v. Allen Lee Smidt, Appellant.—Order reversed and the proceedings dismissed, with ten dollars costs and disbursements of the appeal. Opinion by Van Brunt, P. J.

The Hecla Consolidated Gold Mining Company v. William Lane O'Neill. — Motion granted. Opinion *Per Curiam.*

Annette B. W. Wetmore, Respondent, v. William B. Wetmore, Appellant.— The defendant being clearly in default in not serving his printed papers, motion granted, with ten dollars costs.

The First National Bank of Sing Sing, Respondent, v. Caleb B. Knevals and others, Appellants — Motion denied.

Albert Glaser, Appellant, v. Daniel Carroll and others, Respondents. — Judgment affirmed, with costs. Opinion *Per Curiam.*

West Side Bank, Respondent, v. Frank C. Meehan, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Louise Meise, Respondent, v. John H. Doscher and others, Appellants. — Motion denied, without costs.

Morris Rubens and others v. Ludgate Hill Steamship Company (Limited). — No proof of service of notice of motion.

Francis Eggleston, Plaintiff, v. George W. Rumble, Defendant. — Judgment for defendant, with costs. Opinion by Barrett, J.

John Dobson and another, Appellants, v. August Kuhnla, Respondent. — Exceptions overruled and judgment ordered for defendant, with costs. Opinion by Barrett, J.

Matilda M. Adams, Appellant, v. Samuel M. Adams. Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Samuel G. Metcalf, as Executor, etc., Appellant, v. Jose A. del Valle. Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion *Per Curiam.*

Julia A. Shaw, Respondent, v. Agnes C. Bryant and others, Appellants. — Order modified as directed in opinion, and, as modified, affirmed, without costs. Opinions by Van Brunt, P. J., and O'Brien and Lawrence, JJ.

Robert G. Ingersoll, Appellant, v. Amzi C. Dixon, Respondent — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Ann Sharp, as Administratrix, etc., Respondent, v. George L. Rose, Appellant. — Judgment affirmed, with costs and disbursements. Opinions by O'Brien. J., and Van Brunt, P. J.

American Bank Note Company, Respondent, v. The Manhattan Railway Company and others, Appellants.—Order affirmed, with costs. Opinion by O'Brien. J.

Minna Winterfield, Appellant, v. The Second Avenue Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Thomas F. Burke, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of the Application of the Southern Boulevard Railroad Company, etc. — Order affirmed, with costs and disbursements. Opinions by Lawrence, J., and Van Brunt, P. J.

National Park Bank of New York, Appellant, v. Warren N. Goddard and others, Respondents.— Order affirmed, with costs and disbursements. Opinion *Per Curiam.*

The Kings County Bank, Respondent, v. Edward J. Dougherty, Appellant. — Order reversed, with ten dollars costs and disbursements, and upon the settlement of the order counsel will be afforded an opportunity of presenting their views as to the extent of the examination. Opinion *Per Curiam.*

Reuben I. Radney, Respondent, v. Garry M. Hutchinson, Appellant. — Order reversed with the usual costs and disbursements, and the motion to change the place of trial to Cayuga county granted with costs. Opinion *Per Curiam.*

William Gillespie and others, Respondents, v. The Davidge Fertilizer Company, Appellant.— Order reversed, with ten dollars costs and the disbursements of the appeal and the motion for judgment denied with costs. Opinion *Per Curiam.*

Edwin Gomez and others, Respondents, v. Horatio Gomez, Appellant. — Order affirmed, with ten dollars costs and disbursements of this appeal. Opinion by Barrett, J.

Mary M. Ketcham, Appellant, v. William E. Elliott, Respondent. — Order modified as directed in opinion and as modified affirmed, with ten dollars costs and the disbursements of this appeal. Opinion *Per Curiam.*

## THIRD DEPARTMENT, NOVEMBER TERM, 1892.

Dudley S. Bartlett, as superintendent, etc., appellant, v. Levi Ackerman, as overseer, etc., Respondent. — Judgment affirmed, with costs. Opinion by Putnam, J.

Joseph Cook, as Surviving Administrator of William H. Cook, deceased, Respondent, v. Elmer S. Shattuck, Appellant. — Judgment affirmed, with costs. Opinion by Herrick, J.

Elsie S. Morrison, as Executrix, etc., Respondent, v. Thomas H. B. Crane, etc., and others, Appellants. — Order reversed, with costs and printing, and motion for a reference denied, with costs. Opinion by Putnam, J.

St. Lawrence Wholesale Grocery Company, Appellant, v. Howard H. Hobson, Respondent. — Order affirmed, with costs. Mem. by Herrick, J.

Sylvester McChesney, Respondent, v. Panama Railroad Company, Appellant.—Order affirmed, with costs. Opinion by Mayham, P. J.; Putnam, J., concurred; Herrick, J., not acting.

Sarah E. Lockwood, Appellant, v. The Salmon River Paper Company, F. D. Kilbourn, Trustee, and others, Respondents. — Allowance reduced to $200 to be divided equally between respondents, with ten dollars costs, and printing and other disbursements, to the appellant. Opinion by Herrick, J.

The City of Gloversville, Respondent, v. The Johnstown, Gloversville and Kingsboro Horse Railroad Company, Appellant, Impleaded, etc. — Order for preliminary injunction affirmed, with costs. Opinion by Mayham, P. J.

Sarah E. Lockwood, Appellant, v. The Salmon River Paper Company and F. D. Kilburn, as Trustee, etc., and others, Respondents. — Order reversed. with costs and printing disbursements, and motion for retaxation in each